IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 08 2019

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:19CR20020-001-005 |
| | ) | |
| MEGAN CASEY -001 | ) | 18 U.S.C. § 2 |
| RYAN THOMAS MILLER -002 | ) | 21 U.S.C. § 841(a)(1) |
| CHRISTOPHER FRANKLIN MURPHY -003 | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| CORY JEREMIAH PHILLIPS -004 | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |
| QUAN DAVID PHUNG -005 | ) | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about an unknown date, but at least as early as January 1, 2017, and continuing to the present day, in the Western District of Arkansas, Fort Smith Division, and elsewhere, the Defendants, **MEGAN CASEY, RYAN THOMAS MILLER, CHRISTOPHER FRANKLIN MURPHY, CORY JEREMIAH PHILLIPS, and QUAN DAVID PHUNG,** and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a controlled substance, namely, a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1), all in violation of Title 21 U.S.C. § 846.

### QUANITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY

With respect to Defendants, **RYAN THOMAS MILLER and CORY JEREMIAH PHILLIPS**, their conduct as members of the conspiracy charged in Count One involved 50 grams

or more of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(b)(1)(A)(viii).

## COUNT TWO

On or about October 2, 2018, in the Western District of Arkansas, Fort Smith Division, the Defendant, **MEGAN CASEY**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT THREE

On or about August 22, 2018, in the Western District of Arkansas, Fort Smith Division, the Defendant, **MEGAN CASEY and RYAN THOMAS MILLER,** aided and abetted by one another, knowingly and intentionally possessed with intent to distribute five grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) and Title 18 U.S.C. § 2.

## COUNT FOUR

On or about October 18, 2018, in the Western District of Arkansas, Fort Smith Division, the Defendant, **CHRISTOPHER FRANKLIN MURPHY,** knowingly and intentionally distributed five grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).

## **FORFEITURE ALLEGATION**

The allegations contained in Counts 1, 2, 3 and 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21 U.S.C. § 853.

Pursuant to Title 21, U.S.C. § 853, upon conviction of an offense in violation of Title 21 U.S.C. § 841, the Defendants, **MEGAN CASEY, RYAN THOMAS MILLER,**

**CHRISTOPHER FRANKLIN MURPHY, CORY JEREMIAH PHILLIPS, and QUAN DAVID PHUNG,** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to a money judgment.

If any of the property described above, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21 U.S.C. § 853(p).

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *Candace Taylor*
Candace Taylor
Assistant U. S. Attorney
Arkansas Bar No. 98083
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: Candace.Taylor@usdoj.gov