IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                        Case No. 2:19-cr-20020-005

QUAN DAVID PHUNG                                                                        DEFENDANT

## **O R D E R**

At the arraignment and plea conducted on the criminal Indictment, the Defendant agreed to waive the issue of detention pending the final disposition of the case; accordingly, the Court considers the matter waived. The Defendant is detained, subject to reconsideration on motion of Defendant.

Dated: May 29, 2019

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE