IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRIMINAL NO. 19-20020-005          USA v. QUAN DAVID PHUNG

COURT PERSONNEL:                  APPEARANCES:

JUDGE:   P. K. HOLMES III          GOVERNMENT:   CANDACE TAYLOR

CLERK:   JANE ANN SHORT            DEFENDANT:   STEPHEN PARKER, JR.

REPORTER:  RICK CONGDON

### SENTENCING MINUTES

On this date the above-named defendant appeared in person and with counsel for sentencing.

(X)     Inquiry made that defendant is satisfied with counsel.
(X)     Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
(X)     Presentence investigation report reviewed and adopted in open court.
(X)     Court expressed final approval of plea agreement.
(X)     Government's motion dated February 4, 2020 granted by the court.
(X)     Attorney for government afforded opportunity to make statement to court.
(X)     Counsel for defendant afforded opportunity to speak on behalf of defendant.
(X)     Defendant afforded opportunity to make statement.
(X)     Court proceeded to impose sentence as follows:

        151 months imprisonment; 3 years supervised release; no fine imposed.

(X)     Defendant ordered to comply with standard conditions of supervised release.
(X)     Defendant ordered to comply with the following special conditions of supervised release:

        Defendant shall submit to inpatient or outpatient substance abuse testing, evaluation, counseling, and/or treatment, as deemed necessary and directed by the U.S. Probation Office.

        Defendant shall submit to a search of his person, real and/or personal property, residence, place of business or employment, and/or vehicle(s) conducted by the U.S. Probation Office based upon reasonable suspicion of criminal activity or a violation of any condition of supervised release.

(X)     Defendant ordered to pay total special assessment of $100.00 for Count 1, which is due immediately.
(X)     Defendant advised of right to appeal sentence imposed.
(X)     Government's motion to dismiss the forfeiture allegation granted by the court.
(X)     Defendant remanded to custody of the USMS.

DATE:  February 6, 2020

                              Proceeding began:      10:03 am

                                        ended:      10:21 am